# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**(Form for Pro Se Prisoner Civil Rights Complaint - 42 U.S.C. § 1983)**

## **I. CAPTION**

**Christie Bruno**
Plaintiff,

v.

**Bucks County Prison**
**PrimeCare Medical, Inc.** Victoria gessner
**Bucks County Warden (Name Unknown)** David Kerr/David galione/
Defendants. Deputy Warden Carl Metellus
1730 S. Easton RD Doylestown PA 18901
Case Number: _____ (to be filled in by Clerk)

---

## **II. PREVIOUS LAWSUITS**

(You may list prior cases here or state "None.")

## **III. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

* Did you present the facts relating to your complaint using the prison grievance system?
  ☐ Yes   ☑ No

If yes, state the result: _____

If no, explain why not: I was released before I could exhaust all remidies

---

## **IV. PARTIES**

### **A. Plaintiff**

* Name: **Christie Bruno**
* Date of Birth: **March 9, 1981**
* Current Address or Facility: 1030 Lawrence Ave, Darby PA 19023

Page 1 of 3

### **B. Defendants**

1. **Bucks County Prison** - Municipal entity operating Bucks County correctional facility.
2. **PrimeCare Medical, Inc.** - Private medical contractor providing inmate medical care.
3. **Bucks County Warden David Galione (Name Unknown)** - Responsible for operations, policies, and inmate safety at Bucks County Prison.

---

## **V. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Include dates, times, places, and what each defendant did.)

1. At all relevant times, Plaintiff was incarcerated at **Bucks County Prison**.

2. Plaintiff entered the facility with a **serious medical need** related to withdrawal/detox which required immediate and proper medical monitoring and detox medication.

3. Plaintiff notified **PrimeCare Medical, Inc.** staff of these withdrawal symptoms and requested medically necessary detox medication.

4. Despite being aware of Plaintiff's serious medical condition, PrimeCare staff **refused to provide detox medication or proper medical monitoring**.

5. As Plaintiff's untreated withdrawal progressed, she experienced **mini-mal (petit mal) seizures**.

6. Plaintiff later suffered a **stroke** as a direct result of the failure to provide adequate detox treatment and emergency medical attention.

7. During this period, Plaintiff repeatedly attempted to obtain medical assistance through the **prison sick call system**.

8. Plaintiff was **denied access to the sick call process**, preventing her from filing requests for medical attention.

9. Bucks County Prison staff, PrimeCare staff, and the Warden were aware of Plaintiff's medical needs and attempts to obtain help, yet **failed to act**, demonstrating deliberate indifference.

10. As a result of Defendants' actions and omissions, Plaintiff suffered:

* mini-mal seizures
* stroke

Page 2 of 3

* neurological complications
* severe pain and emotional distress
* long-term health consequences

---

## **VI. LEGAL CLAIMS**

### **Count I - Deliberate Indifference to Serious Medical Needs**

(42 U.S.C. § 1983 - Eighth and Fourteenth Amendments)
Defendants acted with deliberate indifference by failing to provide necessary detox medication, ignoring medical symptoms, and denying access to medical care.

### **Count II - Denial of Due Process**

(Fourteenth Amendment)
Defendants denied Plaintiff access to the sick call system, depriving Plaintiff of fair opportunity to seek medical treatment.

### **Count III - Municipal Liability (Monell Claim) Against Bucks County**

Bucks County maintained unconstitutional policies, customs, or practices that resulted in inadequate detox procedures, failure to monitor inmates, and denial of medical access.

### **Count IV - Liability of PrimeCare Medical, Inc.**

PrimeCare maintained policies or practices that resulted in delays, denial of treatment, and inadequate medical care.

---

## **VII. RELIEF**

Plaintiff seeks the ~~for nominal~~ Monetary amount of $800,000.00

*Christie Bruno*
Christie Bruno
3-9-81

Page 3 of 3